UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATTHEW VARNADO, on behalf of
himself and others similarly situated,

    Plaintiff,

v.                                CASE NO: 8:08-cv-1982-T-27TBM

NORTHERN FLORIDA RECOVERY, LLC,
et al.,
    Defendants.
_____/

## ORDER OF DISMISSAL

**BEFORE THE COURT** is the Joint Stipulation of Dismissal (Dkt. 11). In accordance with the Stipulation, it is **ORDERED AND ADJUDGED** that this cause is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.

**DONE AND ORDERED** in chambers this 3rd day of August, 2009.

                                            JAMES D. WHITTEMORE
                                            United States District Judge

Copies to:
Counsel of Record